**WEST CHELSEA BUILDINGS LLC, 22–23 Corp., 26–10 Corp., Tenth Avenue Realty Associates LP, and Somatic Realty, LLC, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5066.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2014.

Rehearing and Rehearing En Banc Denied May 1, 2014.

Mark F. Hearne, II, Arent Fox, LLP, of Clayton, Missouri, argued for plaintiffs-appellants. With him on the brief were Meghan S. Largent and Lindsay S.C. Brinton, of Clayton, Missouri; and Debra J. Albin–Riley, of Los Angeles, CA.

Vivian H.W. Wang, Attorney, Appellate Section, Environment and Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was Robert G. Dreher, Acting Assistant Attorney General.

DYK, PROST, and O'MALLEY, Circuit Judges.

---

**JUDGMENT**

PER CURIAM.

T<small>HIS</small> C<small>AUSE</small> having been heard and considered, it is O<small>RDERED</small> and A<small>DJUDGED</small>:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**